## IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: BEXTRA AND CELEBREX
MARKETING AND SALES PRACTICES
AND PRODUCT LIABILITY LITIGATION

MDL Docket No. 1699

Judge Charles R. Breyer

This document relates to:

**BERTHA KIVETTE,**
**Individually and as one of**
**heirs of the Estate of JOHN WILLIAM**
**KIVETTE, deceased,**
                **Plaintiff,**

v.

**PFIZER, INC. et. al.,**

        **Defendants.**

**STIPULATION AND ORDER**
**OF DISMISSAL WITHOUT**
**PREJUDICE ONLY AS TO**
**CASE NO. 3:06-cv-05384**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendants that the Complaint of Plaintiff Bertha Kivette is herby dismissed without prejudice.

1.    Plaintiff is Bertha Kivette; defendants are Pfizer, Inc., Pharmacia Corporation, Monsanto Company, and G.D. Searle L.L.C.;

2.    On August 31, 2006, plaintiff sued defendants;

3.    Plaintiff moves to dismiss her claims against defendants;

4.    This case is not a class action;

5.    A receiver has not been appointed to this action;

1

6.   Plaintiff has not dismissed an action based on or including the same claims as those present in this suit.

7.   Should Plaintiff or a representative of Plaintiff attempt to re-file her claims against Defendants, they shall do so only by filing said claims in federal court.


Respectfully submitted:


Dated: _5/15/07_                         By: _Navan Ward_
                                         Navan Ward, Jr. (AL State Bar No. WAR062)
                                         Email: navan.ward@beasleyallen.com
                                         Jere L. Beasley (AL State Bar No. BEA020)
                                         Email: jere.beasley@beasleyallen.com
                                         Gerald B. Taylor, Jr. (AL State Bar No. TAY026)
                                         Email: jerry.taylor@beasleyallen.com
                                         Andy D. Birchfield, Jr. (AL State Bar No. BIR006)
                                         Email: andy.birchfield@beasleyallen.com
                                         BEASLEY, ALLEN, CROW, METHVIN,
                                         PORTIS & MILES, P.C.
                                         Post Office Box 4160
                                         Montgomery, Alabama 36103-4160
                                         (334) 269-2343 telephone
                                         (334) 954-7555 facsimile

                                         *Attorneys for Plaintiff*


Dated: _5/15/07_                         **GORDON & REES**

                                         _Stuart M. Gordon_
                                         Stuart M. Gordon, Esq.
                                         Embarcadero Center West
                                         275 Battery Street 20th Floor
                                         San Francisco, CA 9411
                                         (415) 986-5900 (Tel.)
                                         (415) 986-8054 (Fax)

                                         *Defendant's Liaison Counsel*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _May 17, 2007_

_____
Hon, Charles R. Breyer
United States District Court



3